| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Acosta, John V. | District Court - Oregon | 05/04/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 1/1/2018 to 12/31/2018 |

**7. Chambers or Office Address**

1127 United States Courthouse
1000 SW Third Avenue
Portland, OR 97204

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | 2018 Member, Dean's Advisory Council | University of Oregon School of Law |
| 2. | 2018 Member, Professionalism Commission | Oregon State Bar |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2008 | TriMet Defined Benefit Retirement Plan, no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Acosta, John V. | 05/04/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Tri-Met Defined Benefit Retirement Payments | $5,169.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Acosta, John V. | 05/04/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Acosta, John V. | 05/04/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐　　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.　IRA #1 (H) | | | | | | | | | |
| 2.　- Vanguard Intermediate-term Bond Index Fund | C | Dividend | N | T | Buy | 07/02/18 | N | | |
| 3. | | | | | Sold (part) | 12/31/18 | J | | |
| 4.　- Vanguard Total Bond Market Index Fund | C | Dividend | | | Sold | 07/02/18 | N | | |
| 5.　- Vanguard REIT Index Fund | D | Dividend | M | T | Buy (add'l) | 07/02/18 | K | | |
| 6.　- Vanguard Total International Bond Index Fund | B | Dividend | L | T | | | | | |
| 7.　- Vanguard Total International Stock Index Fund | D | Dividend | N | T | Buy (add'l) | 07/02/18 | K | | |
| 8.　- Vanguard Total Stock Market Index Fund | B | Dividend | M | T | | | | | |
| 9.　IRA #3 (H) | | | | | | | | | |
| 10.　- Vanguard Intermediate-term Bond Index Fund | C | Dividend | N | T | Buy | 07/02/18 | N | | |
| 11. | | | | | Sold (part) | 12/31/18 | J | | |
| 12.　- Vanguard Total Bond Market Index Fund | C | Dividend | | | Sold | 07/02/18 | N | | |
| 13.　- Vanguard Total International Bond Index Fund | C | Dividend | M | T | Sold (part) | 07/02/18 | K | | |
| 14.　- Vanguard Total Stock Market Index Fund | D | Dividend | O | T | Sold (part) | 07/02/18 | L | | |
| 15.　Vanguard Total Stock Market Index Fund (IRA#4) | A | Dividend | K | T | | | | | |
| 16.　IRA #7 (H) | | | | | | | | | |
| 17.　- Vanguard Intermediate-term Bond Index Fund | A | Dividend | K | T | Buy | 07/02/18 | K | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - Vanguard Total Bond Market Index Fund | B | Dividend | | | Sold | 07/02/18 | M | | |
| 19. - Vanguard REIT Index Fund | D | Dividend | M | T | Buy (add'l) | 07/02/18 | J | | |
| 20. - Vanguard International Stock Market Index Fund | D | Dividend | N | T | Buy (add'l) | 07/02/18 | L | | |
| 21. - Vanguard Total Stock Market Index Fund | D | Dividend | N | T | Buy (add'l) | 07/02/18 | L | | |
| 22. Vanguard Total International Bond Index Fund (IRA #8) | D | Dividend | M | T | Sold (part) | 07/02/18 | K | | |
| 23. Vanguard Total Stock Market Index Fund (IRA#10) | A | Dividend | K | T | | | | | |
| 24. IRA#13 (H) | | | | | | | | | |
| 25. - D3 ▓▓▓ Fund LP; Private Placement (see note) | | | K | V | Redeemed (part) | 01/23/18 | J | | |
| 26. | | | | | Redeemed (part) | 04/25/18 | J | | |
| 27. | | | | | Redeemed (part) | 10/18/18 | J | | |
| 28. - Vanguard Total Stock Market Index Fund | D | Dividend | N | T | | | | | |
| 29. - TIAA Real Estate Fund | A | Dividend | K | T | Buy (add'l) | 02/23/18 | J | | |
| 30. | | | | | Buy (add'l) | 05/10/18 | J | | |
| 31. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 32. United States Savings Bonds - 1 Series | E | Interest | N | T | | | | | |
| 33. Capital One account (Y) | | | | | | | | | |
| 34. iQ Credit Union account (X) | | None | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Acosta, John V. | 05/04/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.

Line 25- The D3 ▓▓▓▓ Fund does not report dividends nor interest. Therefore neither are reported here.
Line 25- The D3 ▓▓▓▓ Fund valuation is based on capital account reports issued to investors by the fund.   Underlying assets are not all widely traded.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John V. Acosta**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544